**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hoag Urgent Care - Orange, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3766253** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7630b. E. Chapman Ave.**<br>**Orange, CA 92869**<br>Number, Street, City, State & ZIP Code | **P.O. Box 8979**<br>**Newport Beach, CA 92658**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Hoag Urgent Care - Orange, Inc.** _____    Case number (*if known*) _____

Name

---

**7.**   **Describe debtor's business**    A. *Check one:*

    ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☐ None of the above

   B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
     See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     ____

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply:*

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

   ■ No.

   ☐ Yes.

   District _____ When _____ Case number _____

   District _____ When _____ Case number _____

---

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

   ☐ No

   ■ Yes.

   Debtor   **See Attachment**    Relationship _____

   District _____ When _____ Case number, if known _____

---

Debtor    **Hoag Urgent Care - Orange, Inc.**                                    Case number (*if known*) _____
         Name

---

**11.  Why is the case filed in**      *Check all that apply:*
      ***this district?***

      ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
         preceding the date of this petition or for a longer part of such 180 days than in any other district.

      ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**     ■ No
      **have possession of any**
      **real property or personal**   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **property that needs**
      **immediate attention?**
                                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?** _____
                                                              Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.  Insurance agency _____

                                            Contact name _____

                                            Phone _____

---

█    **Statistical and administrative information**

**13.  Debtor's estimation of**    .   *Check one:*
      **available funds**
                                   ■  Funds will be available for distribution to unsecured creditors.

                                   ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**    ■ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
      **creditors**             ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
                                ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
                                ☐ 200-999

---

**15.  Estimated Assets**       ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**  ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

| Debtor | **Hoag Urgent Care - Orange, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  2, 2017**
                            MM / DD / YYYY

**X** **/s/ Dr. Robert C. Amster**                          **Dr. Robert C. Amster**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Ashley M. McDow, Esq.**                    Date **August  2, 2017**
Signature of attorney for debtor                                MM / DD / YYYY

**Ashley M. McDow, Esq.**
Printed name

**BakerHostetler**
Firm name

**11601 Wilshire Boulevard, 14th Floor**
**Los Angeles, CA 90025**
Number, Street, City, State & ZIP Code

Contact phone    **310.820.8800**        Email address    **amcdow@bakerlaw.com**

**245114**
Bar number and State

Debtor **Hoag Urgent Care - Orange, Inc.**
Name

Case number *(if known)* _____

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Cypress Urgent Care, Inc.** | | | Relationship to you | **Affiliate** |
| --- | --- | --- | --- | --- | --- |
| District | **Central District of California** | When | **8/02/17** | Case number, if known | |
| Debtor | **Hoag Urgent Care - Anaheim Hills, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | **8/02/17** | Case number, if known | |
| Debtor | **Hoag Urgent Care - Huntington Harbour, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | **8/02/17** | Case number, if known | |
| Debtor | **Hoag Urgent Care - Tustin, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | **8/02/17** | Case number, if known | |
| Debtor | **Laguna Dana Urgent Care Inc.** | | | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | **8/02/17** | Case number, if known | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hoag Urgent Care - Orange, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADT Security Services 4161 E La Palma Ave Anaheim, CA 92807** | | **Business Debt** | | | | **$1,069.12** |
| **California Dept. of Public Health Radiologic Health Branch MS 7610 PO Box 997414 Sacramento, CA 95899** | | **Business Debt** | | | | **$504.00** |
| **City of Orange Accounts Receivable 300 E. Chapman Ave. P.O. Box 11024 Orange, CA 92856** | | **Business Debt** | | | | **$1,400.00** |
| **CLIA Laboratory Program PO Box 530882 Atlanta, GA 30353** | | **Business Debt** | | | | **$150.00** |
| **Clockwise MD Lightshed Healthcare Technologies 554 North Avenue NW Suite E Atlanta, GA 30318** | | **Business Debt** | | | | **$700.00** |
| **County of Orange Attn: Treasurer-Tax Collector PO Box 1438 Santa Ana, CA 92702** | | **Business Debt** | | | | **$2,094.58** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **Hoag Urgent Care - Orange, Inc.**                                      Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DHS Security PO Box 4335 Costa Mesa, CA 92626** | | **Business Debt** | | | | **$174.00** |
| **Hall & Company 111 Pacifica, Ste 300 Irvine, CA 92618** | | **Business Debt** | | | | **$2,875.00** |
| **Hoag Urgent Care - Tustin Tustin** | | **Business Debt** | | | | **$50.00** |
| **Newport Healthcare Center, LLC c/o California Commercial 1800 Quail Street, Suite 100 Newport Beach, CA 92660** | | **Business Debt** | **Disputed** | | | **$6,077.28** |
| **PSS World Medical, Inc. P.O. Box 749499 Los Angeles, CA 90074-9499** | | **Business Debt** | | | | **$1,728.86** |
| **Quality Electrical Services 2940 Grace Lane, Unit C Costa Mesa, CA 92626** | | **Business Debt** | | | | **$105.00** |
| **Radiant** | | **Business Debt** | | | | **$107.50** |
| **Singer Lewak 10960 Wilshire Blvd. 7th Floor Los Angeles, CA 90024** | | **Business Debt** | | | | **$438.50** |
| **Southern California Edison PO Box 300 Rosemead, CA 91772** | | **Business Debt** | | | | **$117.66** |
| **Spectrum Enterprise** | | **Business Debt** | | | | **$100.00** |
| **Spectrum Fire Protection 1330 E. Orangethorpe Ave Fullerton, CA 92831** | | **Business Debt** | | | | **$47.50** |
| **The New Answernet 4778 Dewey Drive Fair Oaks, CA 95628-4401** | | **Business Debt** | | | | **$93.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Hoag Urgent Care - Orange, Inc.**                                      Case number *(if known)*
_____                                  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Xerox Corporation P.O. Box 650361 Dallas, TX 75265-0361** | | **Business Debt** | | | | **$1,921.34** |
| **Your Neighborhood Urgent Care 18231 Irvine Blvd Ste 204 Tustin, CA 92780** | | **Business Debt** | | | | **$90,464.61** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    **Hoag Urgent Care - Orange, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Dr. Robert C. Amster** | **Common Stock** | **100,000** | **100% Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 2, 2017** _____

Signature    **/s/ Dr. Robert C. Amster**

**Dr. Robert C. Amster**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Ashley M. McDow, Esq.**
**11601 Wilshire Boulevard, 14th Floor**
**Los Angeles, CA 90025**
**310.820.8800 Fax: 310.820.8859**
California State Bar Number: 245114
amcdow@bakerlaw.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Hoag Urgent Care - Orange, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __22__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **August  2, 2017**

Date:  _____

Date:  **August  2, 2017**

**/s/ Dr. Robert C. Amster**
Siganture of Debtor 1

Signature of Debtor 2 (joint debtor) ) (if applicable)

**/s/ Ashley M. McDow, Esq.**
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Hoag Urgent Care - Orange, Inc.
P.O. Box 8979
Newport Beach, CA 92658


Ashley M. McDow, Esq.
BakerHostetler
11601 Wilshire Boulevard, 14th Floor
Los Angeles, CA 90025


A-Abbot Locksmith, Inc.
1920 E. Katella Ave., Suite A
Orange, CA 92867


Absolute Sign Company
4652 Katella Ave.
Los Alamitos, CA 90720


Action 1st Loss Prevention
32861 Dana Poplar
Dana Point, CA 92629


AD Police
1048 Irvine Ave., Suite 394
Newport Beach, CA 92660


Admiral Pest Control
9434 Artesia Blvd.
Bellflower, CA 90706


ADT Security Services
4161 E La Palma Ave
Anaheim, CA 92807

Aetna
P.O. Box 14079
Lexington, KY 40512-4079


Airtronix, Inc.
6 Foxglove Way
Irvine, CA 92612


Ali Parsaeian, MD
22 Stillwater
Newport Coast, CA 92657


All Medical Personnel, LLC Attn: Ray Itu
4000 Hollywood Blvd., Suite 600N
Hollywood, FL 33021


Angelus Medical & Optical Co., Inc.
13007 S. Western Avenue
Gardena, CA 90249


Anthem Blue Cross Overpayment Recovery
P.O. Box 92420
Cleveland, OH 44193


Aqua Perfect
12115 Burke St Ste 4 & 5
Santa Fe Springs, CA 90670


Arian Nasiri, MD
464 Sonora Circle
Redlands, CA 92373

Banyan International Corporation
2118 E. Interstate 20 P.O. Box 1779
Abiline, TX 79604-1779


Bellvs Aesthetic and Weight Loss Center
14591 Newport Ave., Suite 106
Tustin, CA 92780


Berrett Pest Management
3305 E. Miraloma #173 Ave.
Anaheim, CA 92806


Brian Lou
8321 E. Candle Berry Circle
Orange, CA 92869


BSN Medical Inc.
P.O. Box 751766
Charlotte, NC 28275-1766


Buchalter, a Prof. Corporation
Attention: Barry A. Smith
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457


Buena Park Chamber of Commerce
6601 Beach Boulevard
Buena Park, CA 90621-2904


California Dept. of Public Health
Radiologic Health Branch MS
7610 PO Box 997414
Sacramento, CA 95899

CAP MPT
333 S. Hope Street, 8th Floor
Los Angeles, CA 90071-1409


Carlos Sanchez
1449 Bryan Ave.
Tustin, CA 92708


Central Drug System
16560 Harbor Blvd., Suite A
Fountain Valley, CA 92708


Choice Health Med & Animal Sciences West
P.O. Box 790448
St. Louis, MO 63179-0448


City of Cypress Cypress
5275 Orange Avenue
Cypress, CA 90630


City of Orange
Accounts Receivable
300 E. Chapman Ave. P.O. Box 11024
Orange, CA 92856


Classic Ride Designs
25721 Paseo Colonial
San Juan Capistrano, CA 92675


Clavel Enterprises c/o Jassmine Clavel
PO Box 1168
Monrovia, CA 91017-1168

CLIA Laboratory Program
PO Box 530882
Atlanta, GA 30353


Clockwise MD
Lightshed Healthcare Technologies
554 North Avenue NW Suite E
Atlanta, GA 30318


Colin X. Jairam, M.D., Inc.
2555 Main Street, Suite 3099
Irvine, CA 92614


Consolidated Medical Bio-Analysis
11215 Knott Avenue
Cypress, CA 90630


Cornman and Swartz
PO Box 7789
Newport Beach, CA 92658


County of Orange
Attn: Treasurer-Tax Collector
PO Box 1438
Santa Ana, CA 92702


Cryo Specialties
16026 Venango Road
Apple Valley, CA 92307


Culligan of Santa Ana Lockbox Processing
P.O. Box 2903
Wichita, KS 67201-2903

Cypress Chamber of Commerce
5550 Cerritos Ave., Suite D
Cypress, CA 90630


Danielle Lee
P.O. Box 940393
Simi Valley, CA 93094


David Stapleton
515 So. Flower St., 36th Floor,
Los Angeles, CA 90071


Dhilan Thuraisingham, MD
7521 Edinger Ave, Unit 2017
Huntington Beach, CA 92647


DHS Security
PO Box 4335
Costa Mesa, CA 92626


DirecTV
P.O. Box 60036
Los Angeles, CA 90060


Dr. Pravin Shaw, Inc.
11301 Spectrum
Irvine, CA 92618


Dr. Robert C. Amster
32 Drakes Bay Drive
Corona De. Mar

Dr. Woodrow P. Wilson, MD
26800 Crown Valley Pkwy, Ste 150
Mission Viejo, CA 92691

Drug Enforcement Administration Attn: Re
P.O. Box 2639
Springfield, VA 22152-2639

Edgar Baruch
606 Cypress Ave
Santa Ana, CA 92701

Elizabeth Levin
1011 4th Street, Apt. 311
Santa Monica, CA 90403

eScreen
P.O. Box 841358
Dallas, TX 75284-1358

Exchange Bank
P.O. Box 760
Santa Rosa, CA 95402-0760

Farzin Mohtadi
26712 Sierra Vista
Mission Viejo, CA 92692

First Star Capital
3050 Citrus Circle, Suite 222
Walnut Creek, CA 94598

First Vietnamese American Bank
8990 Westminster Avenue
Westminster, CA 92683


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511


Freedom Imaging, Inc.
1401 Ball Road, Suite E
Anaheim, CA 92805


Garden Grove Chamber of Commerce
12866 Main Street, Suite 102
Garden Grove, CA 92840


George Soliman, MD
625 Payette Circle
Corona, CA 92881


GM Global Services
2230 W. Chapman Avenue
Orange, CA 92868


Golden State Water Company
P.O. Box 9016
San Dimas, CA 91773-4033


GRaM X-RAY, Inc
7350 Melrose Street
Buena Park, CA 90621

Guardian
P.O. Box 95101
Chicago, IL 60694-5101


Hall & Company
111 Pacifica, Ste 300
Irvine, CA 92618


Harbor Health Systems
One Venture, Suite 130
Irvine, CA 92618


Hector Hernandez
18532 10th Street
Bloomington, CA 92316


HemoCue, Inc.
P.O. Box 951741
Dallas, TX 75395-1741


Highland Capital Corporation
5 Center Avenue
Little Falls, NJ 07424


HMWC CPAs & Business Advisors
17501 East 17th Street, Ste. 100
Tustin, CA 92780-7924


Hoag Urgent Care - Anaheim Hills
5630 E. Santa Ana Canyon Rd.
Anaheim, CA 92807

Hoag Urgent Care - Tustin
Tustin


Hoag Urgent Care – Orange, Inc.
7630b. E. Chapman Ave.
Orange, CA 92869


Hoag Urgent Care-Huntington Harbor
5355 Warner Ave. #102
Huntington Beach, CA 92649


Hye O. Lee, D.O.
8452 E. Altaview Drive
Orange, CA 92867


Idearc Media LLC, Attn: Accounts Receiva
P.O. Box 619009
DFW AIRPORT, TX 75261-9009


Industrial Risk & Insurance Services, In
P.O. Box 11829
Santa Ana, CA 92711-1829


Infinite Health Care of Orange County
11 Eastwind Drive
Buena Park, CA 90621


Integrity Healthcare Locums, LLC
P.O. Box 823424
Philadelphia, PA 19182-3424

Interim Physicians
P.O. Box 678004
Dallas, TX 75267-8004


J1 MAC - Palmetto GBA Part B Account Rec
P.O. Box 250
Augusta, GA 30903-0250


Jack Vu
39 Calvados
Newport Coast, CA 92657


James Shrader
4 Pomelo
Rancho Santa Margarita, CA 92688


Javaid Noorzad
1352 W 10th St, Apt 5
San Pedro, CA 90732


Jeanett Segal, MD Peribios, Inc.
P.O. Box 344
San Marcos, CA 92079


Jeffrey Rey
32 Hyannis
Laguna Niguel, CA 92677


Jeffrey Sudeith
1 Rapallo
Irvine, CA 92414

Jennifer Doumas
6621 MacArthur Drive
Lemon Grove, CA 91945-1340


John P. Anderson, MD, Inc.
4812 Oceanridge Dr
Huntington Beach, CA 92649


Jonathan Sorci
33 Carriage Hill Lane
Laguna Hills, CA 92653


Joyce Constantine
236B S. Grisly Canyon Dr.
Orange, CA 92869-5842


Just In Time Plumbing
683 Congress Street
Costa Mesa, CA 92627


Kim Consults c/o David Bowman
26701 Brandon
Mission Viejo, CA 92692


Kumar Gandhi
24631 Acropolis Drive
Mission Viejo, CA 92691


LAACC
3231 Katella Avenue
Los Alamitos, CA 90720

Lakewood Lock and Key
P.O. Box 3458
Lakewood, CA 90711


Lexus Financial Services
P.O. Box 60116
City of Industry, CA 91716-0116


Los Angeles Magazine
P.O. Box 421929
Palm Coast, FL 32142-1929


Marcela Rangel
P.O.Box 4608
Downey, CA 90241


Marilyn Egler
25721 Paseo Colonial
San Juan Capistrano, CA 92675


Matthew Gouvin
13072 Tamarisk Dr
Santa Ana, CA 92705-2294


Medical Board of California Department o
P.O. Box 942520
Sacramento, CA 94258-0520


Michael Hatch
7121 Arabian Avenue
Orange, CA 92869

Michael J. Farrell
6 Goodwill Court
Newport Beach, CA 92663


Mission Recruiting, LLC
16755 Von Karman Ave., Suite 200
Irvine, CA 92606


MKH Electronics, Inc.
17421 Parker Drive
Tustin, CA 92780


Nahid Nazari
210 Lille Lane, Unit 118
Newport Beach, CA 92663


Nasil Kim
P.O. Box 12133
Orange, CA 92859


Newport Business Interiors
4100 Campus Dr Ste 150
Newport Beach, CA 92660


Newport Healthcare Center LLC
Attention: Sandy Smith
One Hoag Drive
P.O. Box 6100
Newport Beach, CA 92658-6100


Newport Healthcare Center LLC
1 Hoag Drive
Newport Beach, CA 92663

Newport Healthcare Center, LLC
c/o California Commercial
1800 Quail Street, Suite 100
Newport Beach, CA 92660


Next Gen Property Investments LLC
c/o Jamboree Properties
Attention: Betsy and Tony Ching
P.O. Box 50786
Irvine, CA 92619


Nicastro & Associates, P.C.
2 Park Plaza, Suite 650
Irvine, CA 92614


Nour and Oraha Medical Corporation
17 Collingwood
Aliso Viejo, CA 92656


Office Ally Payment Center
P.O. Box 28090
Portland, OR 97228


Olga LeClercq
1830 N. Ridgewood Street
Orange, CA 92865


Opus Bank
19900 MacArthur Boulevard
12th Floor
Irvine, CA 92612


Opus Bank
Attention: Barry Smith
1000 Wilshire Boulevard, Suite 1500
12th Floor
Los Angeles, CA 90017-2457

Orange County County Recorder
2677 N. Main St.
Suite 1050
Santa Ana, CA 92705


Orange County Health Care Agency Environ
1241 East Dyer Road, Suite 120
Santa Ana, CA 92705-5611


Orange County Register Communications
P.O. Box 7154
Pasadena, CA 91109-7154


Orange County Treasurer - Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438


Pacific Enterprise Bank
17748 Skypark Circle, #100
Irvine, CA 92614


Pacific Payroll
25521 Earhart Road
Laguna Hills, CA 92653


PDRx Pharmaceuticals, Inc.
P.O. Box 960149
Oklahoma City, OK 73196-0149


Perez Building Services
3166 Bonita Road, Unit 131
Chula Vista, CA 91910

Perry Sheidayi, DO Professional Corporat
39 Bonita Vista
Foothill Ranch, CA 92610


Pitney Bowes Inc.
P.O. Box 856390
Louisville, KY 40285-6390


Preferred Pharmaceuticals
1250 N. Lakeview Ave., Unit O
Anaheim, CA 92807


ProCPR, LLC
5005 Plainfield Ave. NE, Ste. B
Grand Rapids, MI 49525


Professionals in Workers Compensation
11801 Pierce Street, 2nd Fl.
Riverside, CA 92505


Provider Healthcare
4252 S. Highland Drive, Ste. 104
Salt Lake City, UT 84124


PSS World Medical, Inc.
P.O. Box 749499
Los Angeles, CA 90074-9499


Quality Electrical Services
2940 Grace Lane, Unit C
Costa Mesa, CA 92626

Rabina Shaheen
19451 Cleveland Bay Lane
Yorba Linda, CA 92886


Radiant


Radiation Detection Company, Inc.
3527 Snead Drive
Georgetown, TX 78626


Ranya Alexander
13205 Denara Rd
San Diego, CA 92130


Reserve Account
P.O. Box 856056
Louisville, KY 40285-6056


Robila Ashfaq, M.D. Inc.
20 Dinuba
Irvine, CA 92602


RX Security
1200 N. Federal Hwy Suite 200 #50-126
Raton, FL 33432


Saddleback Shredding  B
P.O. Box 34-B
Balboa Island, CA 92662

Scott Gates
28546 Paseo Diana
San Juan Capistrano, CA 92675


Scott Slotkin
26741 Portola Pkwy, Suite 1E-139
Foothill Ranch, CA 92610


Sign Specialists Corporation
111 W. Dyer Road Unit F
Santa Ana, CA 92707


Singer Lewak
10960 Wilshire Blvd. 7th Floor
Los Angeles, CA 90024


Sophie Systems
1527 W. 13th Street, Suite H
Upland, CA 91786


Southern California Edison
PO Box 300
Rosemead, CA 91772


Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756


Spectrum Enterprise

Spectrum Fire Protection
1330 E. Orangethorpe Ave
Fullerton, CA 92831


Spencer Cohen
24606 Summerland Circle
Laguna Niguel, CA 92677


St. Joseph Health System
Attention: Tara Cowell, Esq.
3345 Michelson Drive, Suite 100
Irvine, CA 92612


Stanton Little League
P.O. Box 2627
Cypress, CA 90630


Susan B Strodtbeck, MD
118 San Jose Lane
Placentia, CA 92870


Tamara Fleming
3441 E. Berkshire Ct, Unit #A
Orange, CA 92869-7532


The Hartford
P.O. Box 2907
Hartford, CT 06104-2907


The New Answernet
4778 Dewey Drive
Fair Oaks, CA 95628-4401

The Workers' Compensation Forum
P.O. Box 1901
Loma Linda, CA 92354


Thermal Combustion Innovators, Inc.
241 W. Laurel Street
Colton, CA 92324


Thompson Reuters/Barclays
P.O. Box 95767
Chicago, IL 60694-5767


Tim Reimers, Esq.
2049 Century Park East, Suite 2900
Los Angeles, CA 90067


Time Warner Cable
Box 223085
Pittsburgh, PA 15251-2085


Total Body Healthcare, Inc.
1057 E. Imperial Highway, Suite 614
Placentia, CA 92870


Travelers Indemnity Company
P.O. Box 6890
Portland, OR 97228-6890


Trexpo, Inc.
P.O. Box 940393
Simi Valley, CA 93094-0393

VAST Integration
834 Desert Calico Dr
Lancaster, CA 93534


Verizon
P.O. Box 9688
Mission Hills, CA 91346-9688


Warland Investments Company
1299 Ocean Avenue, Suite 300
Santa Monica, CA 90401


William Petras
5034 34th Street
San Diego, CA 92116


Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361


Your Neighborhood Urgent Care
18231 Irvine Blvd Ste 204
Tustin, CA 92780


Z and M Delivery Service
P.O. Box 10161
Burbank, CA 91510

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ashley M. McDow, Esq.**<br>**11601 Wilshire Boulevard, 14th Floor**<br>**Los Angeles, CA 90025**<br>**310.820.8800 Fax: 310.820.8859**<br>California State Bar Number: **245114**<br>amcdow@bakerlaw.com | |
| ☑ *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>       **Hoag Urgent Care - Orange, Inc.**<br>                                             Debtor(s),<br><br>                                             Plaintiff(s),<br><br><br><br><br><br><br><br>                                             Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Dr. Robert C. Amster**                                          , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

            ☑ I am the president or other officer or an authorized agent of the Debtor corporation

            ☐ I am a party to an adversary proceeding

            ☐ I am a party to a contested matter

            ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

              *[For additional names, attach an addendum to this form.]*

    b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **August  2, 2017** | By:  **/s/ Dr. Robert C. Amster** |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:  **Dr. Robert C. Amster** |
| | Printed name of Debtor, or attorney for Debtor |

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                            **F 1007-4.CORP.OWNERSHIP.STMT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | CASE NO.: |
|---|---|
| **Ashley M. McDow, Esq.**<br>**BakerHostetler**<br>**11601 Wilshire Boulevard, 14th Floor**<br>**Los Angeles, CA 90025**<br>**Telephone:    310.820.8800**<br>**Facsimile:    310.820.8859**<br>**Email:        amcdow@bakerlaw.com**<br><br>*Attorney for*: Debtor | CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |

| In re:<br><br>    **Hoag Urgent Care - Orange, Inc.**<br>                                    Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

☑ Petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other *(specify):* _____     Date Filed: _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: _____

_____
Signature (handwritten)of authorized signatory of Filing Party

**Dr. Robert C. Amster**
Printed name of authorized signatory of Filing Party

**President**
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

Date: _____

_____
Signature (handwritten) of attorney for Filing Party

**Ashley M. McDow, Esq.**
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015          **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Ashley M. McDow, Esq.**
**BakerHostetler**
**11601 Wilshire Boulevard, 14th Floor**
**Los Angeles, CA 90025**
**Telephone:       310.820.8800**
**Facsimile:       310.820.8859**
**Email:           amcdow@bakerlaw.com**

*Attorney for:* Debtor

| | |
|---|---|
| CASE NO.: | |
| CHAPTER: **11** | |
| ADVERSARY NO.: | |
| (if applicable) | |

In re:

   **Hoag Urgent Care - Orange, Inc.**

Debtor(s).

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

**[LBR 1002-1(f)]**

| | | |
|---|---|---|
| ☑ | Petition, statement of affairs, schedules or lists | Date Filed: |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| ☐ | Other *(specify):* | Date Filed: |

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: 8/2/17

Signature (handwritten) of authorized signatory of Filing Party

**Dr. Robert C. Amster**
Printed name of authorized signatory of Filing Party

**President**
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

Date: 8/2/17

Signature (handwritten) of attorney for Filing Party

**Ashley M. McDow, Esq.**
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                          F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL

**United States Bankruptcy Court**
**Central District of California**

| | | | Case | |
| In | | | No. | |
| re | **Hoag Urgent Care - Orange, Inc.** | | | |
| | | Debtor(s) | Chapter | **11** |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dr. Robert C. Amster**, declare under penalty of perjury that I am the **President** of **Hoag Urgent Care - Orange, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ___ day of ___, 20___.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dr. Robert C. Amster**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dr. Robert C. Amster**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dr. Robert C. Amster**, **President** of this Corporation is authorized and directed to employ **Ashley M. McDow, Esq.**, attorney and the law firm of **BakerHostetler** to represent the corporation in such bankruptcy case."

Date   August 2, 2017                          Signed   /s/ Dr. Robert C. Amster
                                                        **Dr. Robert C. Amster**

Resolution of Board of Directors
of
**Hoag Urgent Care - Orange, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dr. Robert C. Amster**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dr. Robert C. Amster**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dr. Robert C. Amster**, **President** of this Corporation is authorized and directed to employ **Ashley M. McDow, Esq.**, attorney and the law firm of **BakerHostetler** to represent the corporation in such bankruptcy case.

Date  August 2, 2017 _____     Signed  **/s/ Dr. Robert C. Amster** _____

Date _____     Signed _____