| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ashley M. McDow (245114)<br>Michael T. Delaney (261714)<br>Fahim Farivar (252153)<br>**BAKER & HOSTETLER LLP**<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA  90025-0509<br>Telephone:    310.820.8800<br>Facsimile:    310.820.8859<br>Email:    amcdow@bakerlaw.com<br>            mdelaney@bakerlaw.com<br>            ffarivar@bakerlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors and Debtors in Possession | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>HOAG URGENT CARE-TUSTIN, INC., et al.,<br><br>Debtor(s) | LEAD CASE NO.: 8:17-bk-13077-TA<br>CHAPTER: 11<br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 8:17-bk-13078-TA |
|---|---|
| In re:<br><br>*In re Hoag Urgent Care-, Inc.*, case no. 8:12-bk-13078-TA<br>*In re Hoag Urgent Care-, Inc.*, case no. 8:12-bk-13079-TA<br>*In re Hoag Urgent Care-, Inc.*, case no. 8:12-bk-13080-TA<br>*In re Cypress Urgent Care, Inc.*, case no. 8:12-bk-13089-TA<br>*In re Laguna-Dana Urgent Care, Inc.*, case no. 8:12-bk-13090-TA<br><br>Debtor(s) | CASE NO.: 8:17-bk-13079-TA<br>CASE NO.: 8:17-bk-13080-TA<br>CASE NO.: 8:17-bk-13089-TA<br>CASE NO.: 8:17-bk-13090-TA<br>☐ See attached for additional Case Numbers |
| ☒ Affects All Debtors<br><br>☐ Affects Cypress Urgent Care, Inc., a California corporation, ONLY<br><br>☐ Affects Hoag Urgent Care – Anaheim Hills, Inc., a California corporation, ONLY<br><br>☐ Affects Hoag Urgent Care – Huntington Harbour, Inc., a California corporation, ONLY<br><br>☐ Affects Hoag Urgent Care – Orange, Inc., a California corporation, ONLY<br><br>☐ Affects Hoag Urgent Care – Tustin, Inc., a California corporation, ONLY<br><br>☐ Affects Laguna-Dana Urgent Care, Inc., a California corporation, ONLY | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br><br>[No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES:

An order was entered on (*date*) _8/3/17_ granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice (the Motion).  *See* Docket Entry 6.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption ~~of this notice~~ attached to the Motion as Exhibit A.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**:


Date: 8/4/17                                          By: /s/Michael T. Delaney
                                                              Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                Page 2                        **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**
611149974.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS [LBR 1015-1]** will be served or was served (a) on the judge in chambers in the form and manner required by lbr 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 4, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael T Delaney    mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
Michael J Hauser    michael.hauser@usdoj.gov
Ashley M McDow    amcdow@bakerlaw.com,
mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
Randye B Soref    rsoref@polsinelli.com, acruickshank@polsinelli.com
Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 4, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 4, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 4, 2017 | Sonia Gaeta | /s/Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |

**SERVED BY UNITED STATES MAIL OR EMAIL** (state method for each person or entity served):

Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

## 20 LARGEST

Your Neighborhood Urgent Care
18231 Irvine Blvd Ste 204
Tustin, CA 92780

Clockwise MD
Lightshed Healthcare Technologies
554 North Avenue NW Suite E
Atlanta, GA 30318

Spectrum Enterprise

Newport Healthcare Center, LLC
c/o California Commercial
1800 Quail Street, Suite 100
Newport Beach, CA 92660

California Dept. of Public Health
Radiologic Health Branch MS
7610 PO Box 997414
Sacramento, CA 95899

The New Answernet
4778 Dewey Drive
Fair Oaks, CA 95628-4401

Hall & Company
111 Pacifica, Ste 300
Irvine, CA 92618

Singer Lewak
10960 Wilshire Blvd. 7th Floor
Los Angeles, CA 90024

Hoag Urgent Care - Tustin
Tustin

County of Orange
Attn: Treasurer-Tax Collector
PO Box 1438
Santa Ana, CA 92702

DHS Security
PO Box 4335
Costa Mesa, CA 92626

Spectrum Fire Protection
1330 E. Orangethorpe Ave
Fullerton, CA 92831

Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361

CLIA Laboratory Program
PO Box 530882
Atlanta, GA 30353

City of Orange
Accounts Receivable
300 E. Chapman Ave.
P.O. Box 11024
Orange, CA 92856

PSS World Medical, Inc.
P.O. Box 749499
Los Angeles, CA 90074-9499

Southern California Edison
PO Box 300
Rosemead, CA 91772

ADT Security Services
4161 E La Palma Ave
Anaheim, CA 92807

Quality Electrical Services
2940 Grace Lane, Unit C
Costa Mesa, CA 92626

Radiant

### Secured Creditors

Opus Bank
c/o BARRY A. SMITH
c/o STEVEN M. SPECTOR
c/o ANTHONY J. NAPOLITANO
Buchalter, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

U.S. Bancorp
CT Corporation System
818 W 7th St Ste 930
Los Angeles CA 90017

Orange County Recorder –
211 West Santa Ana Blvd.
Santa Ana, CA 92701

Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

General Electric Capital
CorpCustomerCare@ge.com

**ALL PARTIES**

A-Abbot Locksmith, Inc.
1920 E. Katella Ave., Suite A
Orange, CA 92867-5149

Absolute Sign Company
4652 Katella Ave.
Los Alamitos, CA 90720-2626

Action 1st Loss Prevention
32861 Dana Poplar
Dana Point, CA 92629-3102

AD Police
1048 Irvine Ave., Suite 394
Newport Beach, CA 92660-4602

Admiral Pest Control
9434 Artesia Blvd.
Bellflower, CA 90706-6509

ADT Security Services
4161 E La Palma Ave
Anaheim, CA 92807-1871

Aetna
P.O. Box 14079
Lexington, KY 40512-4079

Airtronix, Inc.
6 Foxglove Way
Irvine, CA 92612-2712

Ali Parsaeian, MD
22 Stillwater
Newport Coast, CA 92657-1642

All Medical Personnel, LLC Attn: Ray Itu
4000 Hollywood Blvd., Suite 600N
Hollywood, FL 33021-6863

Angelus Medical & Optical Co., Inc.
13007 S. Western Avenue
Gardena, CA 90249-1919

Anthem Blue Cross Overpayment Recovery
P.O. Box 92420
Cleveland, OH 44193-0003

Aqua Perfect
12115 Burke St Ste 4 & 5
Santa Fe Springs, CA 90670-8614

Arian Nasiri, MD
464 Sonora Circle
Redlands, CA 92373-8510

~~Ashley M McDow~~
~~Baker & Hostetler LLP~~
~~11601 Wilshire Boulevard~~
~~Suite 1400~~
~~Los Angeles, CA 90025-1750~~

Banyan International Corporation
2118 E. Interstate 20 P.O. Box 1779
Abiline, TX 79604-1779

Bellvs Aesthetic and Weight Loss Center
14591 Newport Ave., Suite 106
Tustin, CA 92780-6026

Berrett Pest Management
3305 E. Miraloma #173 Ave.
Anaheim, CA 92806-1935

Brian Lou
8321 E. Candle Berry Circle
Orange, CA 92869-4532

BSN Medical Inc.
P.O. Box 751766
Charlotte, NC 28275-1766

Buchalter, a Prof. Corporation
Attention: Barry A. Smith
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Buena Park Chamber of Commerce
6601 Beach Boulevard
Buena Park, CA 90621-2904

California Dept. of Public Health
Radiologic Health Branch MS
7610 PO Box 997414
Sacramento, CA 95899-7414

CAP MPT
333 S. Hope Street, 8th Floor
Los Angeles, CA 90071-3001

Carlos Sanchez
1449 Bryan Ave.
Tustin, CA 92780-4539

Central Drug System
16560 Harbor Blvd., Suite A
Fountain Valley, CA 92708-1382

Choice Health Med & Animal Sciences West
P.O. Box 790448
St. Louis, MO 63179-0448

City of Cypress Cypress
5275 Orange Avenue
Cypress, CA 90630-2957

City of Orange
Accounts Receivable
300 E. Chapman Ave. P.O. Box 11024
Orange, CA 92856-8124

Classic Ride Designs
25721 Paseo Colonial
San Juan Capistrano, CA 92675-4438

Clavel Enterprises c/o Jassmine Clavel
PO Box 1168
Monrovia, CA 91017-1168

CLIA Laboratory Program
PO Box 530882
Atlanta, GA 30353-0882

Clockwise MD
Lightshed Healthcare Technologies
554 North Avenue NW Suite E
Atlanta, GA 30318-6909

Colin X. Jairam, M.D., Inc.
2555 Main Street, Suite 3099
Irvine, CA 92614-3231

Consolidated Medical Bio-Analysis
11215 Knott Avenue
Cypress, CA 90630-5495

Cornman and Swartz
PO Box 7789
Newport Beach, CA 92658-7789

County of Orange
Attn: Treasurer-Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

Cryo Specialties
16026 Venango Road
Apple Valley, CA 92307-2434

Culligan of Santa Ana Lockbox Processing
P.O. Box 2903
Wichita, KS 67201-2903

Cypress Chamber of Commerce
5550 Cerritos Ave., Suite D
Cypress, CA 90630-4722

Danielle Lee
P.O. Box 940393
Simi Valley, CA 93094-0393

David Stapleton
515 So. Flower St., 36th Floor,
Los Angeles, CA 90071-2221

Dhilan Thuraisingham, MD
7521 Edinger Ave, Unit 2017
Huntington Beach, CA 92647-0631

DHS Security
PO Box 4335
Costa Mesa, CA 92628-4335

DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Dr. Pravin Shaw, Inc.
11301 Spectrum
Irvine, CA 92618-3432

~~Dr. Robert C. Amster~~
~~32 Drakes Bay Drive~~
~~Corona De. Mar~~
undeliverable

Dr. Woodrow P. Wilson, MD
26800 Crown Valley Pkwy, Ste 150
Mission Viejo, CA 92691-8018

Drug Enforcement Administration Attn: Re
P.O. Box 2639
Springfield, VA 22152-0639

Edgar Baruch
606 Cypress Ave
Santa Ana, CA 92701-5832

Elizabeth Levin
1011 4th Street, Apt. 311
Santa Monica, CA 90403-3846

eScreen
P.O. Box 841358
Dallas, TX 75284-1358

Exchange Bank
P.O. Box 760
Santa Rosa, CA 95402-0760

Farzin Mohtadi
26712 Sierra Vista
Mission Viejo, CA 92692-3338

First Star Capital
3050 Citrus Circle, Suite 222
Walnut Creek, CA 94598-2698

First Vietnamese American Bank
8990 Westminster Avenue
Westminster, CA 92683-1404

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511

Freedom Imaging, Inc.
1401 Ball Road, Suite E
Anaheim, CA 92805-5927

Garden Grove Chamber of Commerce
12866 Main Street, Suite 102
Garden Grove, CA 92840-5198

George Soliman, MD
625 Payette Circle
Corona, CA 92881-8492

GM Global Services
2230 W. Chapman Avenue
Orange, CA 92868-2316

Golden State Water Company
P.O. Box 9016
San Dimas, CA 91773-9016

GRaM X-RAY, Inc
7350 Melrose Street
Buena Park, CA 90621-3226

Guardian
P.O. Box 95101
Chicago, IL 60694-5101

Hall & Company
111 Pacifica, Ste 300
Irvine, CA 92618-7428

Harbor Health Systems
One Venture, Suite 130
Irvine, CA 92618-7455

Hector Hernandez
18532 10th Street
Bloomington, CA 92316-3641

HemoCue, Inc.
P.O. Box 951741
Dallas, TX 75395-1741

Highland Capital Corporation
5 Center Avenue
Little Falls, NJ 07424-2224

HMWC CPAs & Business Advisors
17501 East 17th Street, Ste. 100
Tustin, CA 92780-7924

~~Hoag Memorial Hospital Presbyterian~~
undeliverable

Hoag Urgent Care   Orange, Inc.
7630b. E. Chapman Ave.
Orange, CA 92869-8536

Hoag Urgent Care - Anaheim Hills
5630 E. Santa Ana Canyon Rd.
Anaheim, CA 92807-3122

Hoag Urgent Care - Orange, Inc.
PO Box 8979
Newport Beach, CA 92658-0979

~~Hoag Urgent Care - Tustin~~
~~Tustin~~
undeliverable

Hoag Urgent Care-Huntington Harbor
5355 Warner Ave. #102
Huntington Beach, CA 92649-6030

Hye O. Lee, D.O.
8452 E. Altaview Drive
Orange, CA 92867-6482

Idearc Media LLC, Attn: Accounts
Receiva
P.O. Box 619009
DFW AIRPORT, TX 75261-9009

Industrial Risk & Insurance Services, In
P.O. Box 11829
Santa Ana, CA 92711-1829

Infinite Health Care of Orange County
11 Eastwind Drive
Buena Park, CA 90621-1669

Integrity Healthcare Locums, LLC
P.O. Box 823424
Philadelphia, PA 19182-3424

Interested Party
undeliverable

Interim Physicians
P.O. Box 678004
Dallas, TX 75267-8004

J1 MAC - Palmetto GBA Part B Account Rec
P.O. Box 250
Augusta, GA 30903-0250

Jack Vu
39 Calvados
Newport Coast, CA 92657-1051

James Shrader
4 Pomelo
Rancho Santa Margarita, CA 92688-2934

Javaid Noorzad
1352 W 10th St, Apt 5
San Pedro, CA 90732-3856

Jeanett Segal, MD Peribios, Inc.
P.O. Box 344
San Marcos, CA 92079-0344

Jeffrey Rey
32 Hyannis
Laguna Niguel, CA 92677-4770

Jeffrey Sudeith
1 Rapallo
Irvine, CA 92614-5326

Jennifer Doumas
6621 MacArthur Drive
Lemon Grove, CA 91945-1340

John P. Anderson, MD, Inc.
4812 Oceanridge Dr
Huntington Beach, CA 92649-6427

Jonathan Sorci
33 Carriage Hill Lane
Laguna Hills, CA 92653-6037

Joyce Constantine
236B S. Grisly Canyon Dr.
Orange, CA 92869-5842

Just In Time Plumbing
683 Congress Street
Costa Mesa, CA 92627-2503

Kim Consults c/o David Bowman
26701 Brandon
Mission Viejo, CA 92692-4138

Kumar Gandhi
24631 Acropolis Drive
Mission Viejo, CA 92691-4603

LAACC
3231 Katella Avenue
Los Alamitos, CA 90720-2336

Lakewood Lock and Key
P.O. Box 3458
Lakewood, CA 90711-3458

Los Angeles Magazine
P.O. Box 421929
Palm Coast, FL 32142-1929

Marcela Rangel
P.O.Box 4608
Downey, CA 90241-1608

Marilyn Egler
25721 Paseo Colonial
San Juan Capistrano, CA 92675-4438

Matthew Gouvin
13072 Tamarisk Dr
Santa Ana, CA 92705-2294

Medical Board of California Department o
P.O. Box 942520
Sacramento, CA 94258-0520

Michael Hatch
7121 Arabian Avenue
Orange, CA 92869-1718

Michael J. Farrell
6 Goodwill Court
Newport Beach, CA 92663-2346

Michael T Delaney
Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-1750

Mission Recruiting, LLC
16755 Von Karman Ave., Suite 200
Irvine, CA 92606-4963

| | | |
|---|---|---|
| MKH Electronics, Inc.<br>17421 Parker Drive<br>Tustin, CA 92780-2366 | Nahid Nazari<br>210 Lille Lane, Unit 118<br>Newport Beach, CA 92663-2693 | Nasil Kim<br>P.O. Box 12133<br>Orange, CA 92859-8133 |
| Newport Business Interiors<br>4100 Campus Dr Ste 150<br>Newport Beach, CA 92660-1900 | Newport Healthcare Center LLC<br>1 Hoag Drive<br>Newport Beach, CA 92663-4162 | ~~Newport Healthcare Center LLC~~<br>undeliverable |
| Newport Healthcare Center LLC<br>Attention: Sandy Smith<br>One Hoag Drive<br>P.O. Box 6100<br>Newport Beach, CA 92658-6100 | Newport Healthcare Center, LLC<br>c/o California Commercial<br>1800 Quail Street, Suite 100<br>Newport Beach, CA 92660-2340 | Next Gen Property Investments LLC<br>c/o Jamboree Properties<br>Attention: Betsy and Tony Ching<br>P.O. Box 50786<br>Irvine, CA 92619-0786 |
| Nicastro & Associates, P.C.<br>2 Park Plaza, Suite 650<br>Irvine, CA 92614-2519 | Nour and Oraha Medical Corporation<br>17 Collingwood<br>Aliso Viejo, CA 92656-1940 | Office Ally Payment Center<br>P.O. Box 28090<br>Portland, OR 97228-8090 |
| Olga LeClercq<br>1830 N. Ridgewood Street<br>Orange, CA 92865-4456 | Opus Bank<br>19900 MacArthur Boulevard<br>12th Floor<br>Irvine, CA 92612-8427 | Opus Bank<br>Attention: Barry Smith<br>1000 Wilshire Boulevard, Suite 1500<br>12th Floor<br>Los Angeles, CA 90017-1730 |
| ~~Opus Bank~~<br>undeliverable | Orange County County Recorder<br>2677 N. Main St.<br>Suite 1050<br>Santa Ana, CA 92705-6004 | Orange County Health Care Agency<br>Environ<br>1241 East Dyer Road, Suite 120<br>Santa Ana, CA 92705-5611 |
| Orange County Register<br>Communications<br>P.O. Box 7154<br>Pasadena, CA 91109-7154 | Orange County Treasurer - Tax<br>Collector<br>P.O. Box 1438<br>Santa Ana, CA 92702-1438 | Pacific Enterprise Bank<br>17748 Skypark Circle, #100<br>Irvine, CA 92614-4497 |
| Pacific Payroll<br>25521 Earhart Road<br>Laguna Hills, CA 92653-5067 | PDRx Pharmaceuticals, Inc.<br>P.O. Box 960149<br>Oklahoma City, OK 73196-0149 | Perez Building Services<br>3166 Bonita Road, Unit 131<br>Chula Vista, CA 91910-3257 |
| Perry Sheidayi, DO Professional<br>Corporat<br>39 Bonita Vista<br>Foothill Ranch, CA 92610-1812 | Pitney Bowes Inc.<br>P.O. Box 856390<br>Louisville, KY 40285-6390 | Preferred Pharmaceuticals<br>1250 N. Lakeview Ave., Unit O<br>Anaheim, CA 92807-1801 |

ProCPR, LLC
5005 Plainfield Ave. NE, Ste. B
Grand Rapids, MI 49525-2086

Professionals in Workers Compensation
11801 Pierce Street, 2nd Fl.
Riverside, CA 92505-4400

Provider Healthcare
4252 S. Highland Drive, Ste. 104
Salt Lake City, UT 84124-2687

PSS World Medical, Inc.
P.O. Box 749499
Los Angeles, CA 90074-9499

Quality Electrical Services
2940 Grace Lane, Unit C
Costa Mesa, CA 92626-4133

Rabina Shaheen
19451 Cleveland Bay Lane
Yorba Linda, CA 92886-7922

~~Radiant~~
undeliverable

Radiation Detection Company, Inc.
3527 Snead Drive
Georgetown, TX 78626-8214

Ranya Alexander
13205 Denara Rd
San Diego, CA 92130-1027

Reserve Account
P.O. Box 856056
Louisville, KY 40285-6056

Robila Ashfaq, M.D. Inc.
20 Dinuba
Irvine, CA 92602-1053

RX Security
1200 N. Federal Hwy Suite 200 #50-1
Raton, FL 33432-2813

Saddleback Shredding  B
P.O. Box 34-B
Balboa Island, CA 92662-0634

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Scott Gates
28546 Paseo Diana
San Juan Capistrano, CA 92675-2905

Scott Slotkin
26741 Portola Pkwy, Suite 1E-139
Foothill Ranch, CA 92610-1743

Sign Specialists Corporation
111 W. Dyer Road Unit F
Santa Ana, CA 92707-3425

Singer Lewak
10960 Wilshire Blvd. 7th Floor
Los Angeles, CA 90024-3710

Sophie Systems
1527 W. 13th Street, Suite H
Upland, CA 91786-7530

Southern California Edison
PO Box 300
Rosemead, CA 91770-0300

Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756-0001

~~Spectrum Enterprise~~
undeliverable

Spectrum Fire Protection
1330 E. Orangethorpe Ave
Fullerton, CA 92831-5226

Spencer Cohen
24606 Summerland Circle
Laguna Niguel, CA 92677-6041

St. Joseph Health System
Attention: Tara Cowell, Esq.
3345 Michelson Drive, Suite 100
Irvine, CA 92612-0693

Stanton Little League
P.O. Box 2627
Cypress, CA 90630-1327

Susan B Strodtbeck, MD
118 San Jose Lane
Placentia, CA 92870-5217

Tamara Fleming
3441 E. Berkshire Ct, Unit #A
Orange, CA 92869-7532

The Hartford
P.O. Box 2907
Hartford, CT 06104-2907

The New Answernet
4778 Dewey Drive
Fair Oaks, CA 95628-4401

The Workers' Compensation Forum
P.O. Box 1901
Loma Linda, CA 92354

Thermal Combustion Innovators, Inc.
241 W. Laurel Street
Colton, CA 92324-1434

Thompson Reuters/Barclays
P.O. Box 95767
Chicago, IL 60694-5767

Tim Reimers, Esq.
2049 Century Park East, Suite 2900
Los Angeles, CA 90067-3221

Time Warner Cable
Box 223085
Pittsburgh, PA 15251-2085

Total Body Healthcare, Inc.
1057 E. Imperial Highway, Suite 614
Placentia, CA 92870-1717

TOYOTA MOTOR CREDIT
CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Travelers Indemnity Company
P.O. Box 6890
Portland, OR 97228-6890

Trexpo, Inc.
P.O. Box 940393
Simi Valley, CA 93094-0393

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VAST Integration
834 Desert Calico Dr
Lancaster, CA 93534-1541

Verizon
P.O. Box 9688
Mission Hills, CA 91346-9688

Warland Investments Company
1299 Ocean Avenue, Suite 300
Santa Monica, CA 90401-1043

William Petras
5034 34th Street
San Diego, CA 92116-1730

Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361

Your Neighborhood Urgent Care
18231 Irvine Blvd Ste 204
Tustin, CA 92780-3432

Z and M Delivery Service
P.O. Box 10161
Burbank, CA 91510-0161