**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care - Orange, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13079**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■    Amended *Schedule*    **20 Largest Unsecured Creditors & Mailing**

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017**    X **/s/ Dr. Robert C. Amster**
Signature of individual signing on behalf of debtor

**Dr. Robert C. Amster**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hoag Urgent Care - Orange, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **8:17-bk-13079** |

☑ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders - FIRST AMENDED

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADT Security Services 4161 E. La Palma Ave. Anaheim, CA 92807** | | **Business Debt** | | | | $1,069.12 |
| **California Dept. of Public Health Radiologic Health Branch MS 7610 P.O. Box 997414 Sacramento, CA 95899** | | **Business Debt** | | | | $504.00 |
| **City of Orange Accounts Receivable 300 E. Chapman Ave. Orange, CA 92856** | | **Business Debt** | | | | $1,400.00 |
| **CLIA Laboratory Program P.O. Box 530882 Atlanta, GA 30353** | | **Business Debt** | | | | $150.00 |
| **Clockwise MD Lightshed Healthcare Technologies 554 North Avenue NW Suite E Atlanta, GA 30318** | | **Business Debt** | | | | $700.00 |
| **County of Orange Attn: Treasurer-Tax Collector P.O. Box 1438 Santa Ana, CA 92702** | | **Business Debt** | | | | $2,094.58 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Orange, Inc.** | | Case number *(if known)* | **8:17-bk-13079** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DHS Security** **P.O. Box 4335** **Costa Mesa, CA** **92626** | | **Business Debt** | | | | **$174.00** |
| **Hall & Company** **111 Pacifica, Ste 300** **Irvine, CA 92618** | | **Business Debt** | | | | **$2,875.00** |
| **Newport Healthcare Center, LLC** **1 Hoag Drive** **Newport Beach, CA** **92663** | | **Business Debt Listed for notice purposes only because no direct privity relationship exists with the Debtor.** | **Contingent Unliquidated Disputed** | | | **$4,276.00** |
| **Opus Bank** **19900 MacArthur Boulevard** **12th Floor** **Irvine, CA 92612** | | **All inventory, equipment, accounts, chattel paper, instruments - UCC-1 (Doc. No. 13-7380126112)** | | **$2,231,370.30** | **Unknown** | **Unknown** |
| **Orange County Recorder** **2677 N. Main St.** **Suite 1050** **Santa Ana, CA** **92705** | | **Tax Lien** | | **$2,067.00** | **Unknown** | **Unknown** |
| **PSS World Medical, Inc.** **P.O. Box 749499** **Los Angeles, CA** **90074-9499** | | **Business Debt** | | | | **$1,728.86** |
| **Quality Electrical Services** **2940 Grace Lane, Unit C** **Costa Mesa, CA** **92626** | | **Business Debt** | | | | **$105.00** |
| **Radiation Detection Company, Inc.** **3527 Snead Drive** **Georgetown, TX** **78626** | | **Business Debt** | | | | **$30.00** |
| **Singer Lewak** **10960 Wilshire Blvd.** **7th Floor** **Los Angeles, CA** **90024** | | **Business Debt** | | | | **$438.50** |
| **Southern California Edison** **PO Box 300** **Rosemead, CA** **91772** | | **Utilities** | | | | **$117.66** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Hoag Urgent Care - Orange, Inc.**                                        Case number *(if known)*    **8:17-bk-13079**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Spectrum Enterprise 2931 Redondo Avenue Long Beach, CA 90806** | | **Business Debt** | | | | $100.00 |
| **Spectrum Fire Protection 1330 E. Orangethorpe Ave. Fullerton, CA 92831** | | **Business Debt** | | | | $47.50 |
| **The New Answernet 4778 Dewey Drive Fair Oaks, CA 95628-4401** | | **Business Debt** | | | | $93.00 |
| **Xerox Corporation P.O. Box 650361 Dallas, TX 75265-0361** | | **Business Debt** | | | | $1,921.34 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**In re Cypress Urgent Care, Inc., Case No. 8:17-bk-13089-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Anaheim Hills, Inc., Case No. 8:17-bk-13080-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Huntington Harbour, Inc., Case No. 8:17-bk-13078-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Tustin, Inc., Case No. 8:17-bk-13077_TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Laguna Dana Urgent Care Inc., Case No. 8:17-bk-13090-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Tustin, California** , California.

Date:  **August 25, 2017**

/s/ Dr. Robert C. Amster
**Dr. Robert C. Amster**
Signature of Debtor

Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care - Orange, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13079**

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.........................................................................................   $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................   $ _____ 18,170.27

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................   $ _____ 18,170.27

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ 2,233,437.30

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$ _____ 17,824.56

4.   Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b    $ _____ 2,251,261.86

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care - Orange, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13079**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Pacific Enterprise Bank** | **Checking Account** | 1615 | $0.00 |
| 3.2. | **Opus Bank** | **Checking Account** | 8061 | $241.90 |
| 3.3. | **Pacific Enterprise Bank** | **Checking Account** | 0112 | $87.37 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $329.27 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Orange, Inc.** | Case number *(If known)* **8:17-bk-13079** |
|---|---|---|
| | Name | |

- ☐ No.  Go to Part 4.
- ☑ Yes Fill in the information below.

**11.**     **Accounts receivable**

11b. Over 90 days old:     **536.00**    -    **0.00**  =....    **$536.00**

       face amount        doubtful or uncollectible accounts

**12.**     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$536.00**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

- ☑ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☑ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Miscellaneous Desks, File Cabinets, Office Furnishings, Chair(s), Table(s), etc.** | $0.00 | Comparable sale | $1,250.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Other Miscellaneous Medical Equipment** | $0.00 | Comparable sale | $500.00 |
| | **1 CR System for Printing X-Rays (Fuji, FCR Capsula XL II)** | $0.00 | Comparable sale | $5,000.00 |
| | **1 Exam Room Table (Midmark)** | $0.00 | Comparable sale | $250.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Orange, Inc.** | | Case number *(If known)* **8:17-bk-13079** |
| --- | --- | --- | --- |
| | Name | | |

| | | | |
| --- | --- | --- | --- |
| **2 Exam Room Stretchers (Midmark, 535)** | $0.00 | Comparable sale | $350.00 |
| **1 Autoclave (Midmark)** | $0.00 | Comparable sale | $100.00 |
| **2 Hanging Examination Lights -Single (Midmark Ritter, 355-028)** | $0.00 | Comparable sale | $500.00 |
| **1 X-Ray Table System** | $0.00 | Comparable sale | $8,000.00 |
| **1 Baby Scale (Tanita, Baby Scale)** | $0.00 | Comparable sale | $50.00 |
| **1 Eye Examination Station with Power Table (Top Con SL -1E; PS11A Power Supply)** | $0.00 | Comparable sale | $850.00 |
| **3 Stationary Exam Room Tables (Brewer)** | $0.00 | Comparable sale | $250.00 |
| **1 Digital Scale (Health-o-Meter, Digital Scale)** | $0.00 | Comparable sale | $25.00 |
| **6 Medical Stools** | $0.00 | Comparable sale | $180.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $17,305.00 |
| --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Hoag Urgent Care - Orange, Inc. | Case number *(If known)* 8:17-bk-13079 |
|---|---|---|
| | Name | |

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations**<br>Customers List | Unknown | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Hoag Urgent Care - Orange, Inc.** | Case number *(If known)* | **8:17-bk-13079** |
|---|---|---|---|
| | Name | | |

| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | |
|---|---|---|
| | **The Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present.  In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the respective Schedules B and F will be amended, as necessary and appropriate.** | **Unknown** |

| 78. | **Total of Part 11.** | | $0.00 |
|---|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **Hoag Urgent Care - Orange, Inc.**                        Case number *(If known)*  **8:17-bk-13079**
         <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $329.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $536.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,305.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18,170.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,170.27 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Hoag Urgent Care - Orange, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13079**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Opus Bank** | Describe debtor's property that is subject to a lien | **$2,231,370.30** | **Unknown** |
| Creditor's Name | **All inventory, equipment, accounts, chattel paper, instruments - UCC-1 (Doc. No. 13-7380126112)** | | |
| **19900 MacArthur Boulevard 12th Floor Irvine, CA 92612** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Non-Purchase Money Security** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No | | |
| **September 2013** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **0181** | As of the petition filing date, the claim is: | | |
| Do multiple creditors have an interest in the same property? | Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| **2.2** **Orange County Recorder** | Describe debtor's property that is subject to a lien | **$2,067.00** | **Unknown** |
|---|---|---|---|
| Creditor's Name | **Tax Lien** | | |
| **2677 N. Main St. Suite 1050 Santa Ana, CA 92705** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Statutory Lien** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| **November 2016** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **1026** | As of the petition filing date, the claim is: | | |
| Do multiple creditors have an interest in the same property? | Check all that apply | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Hoag Urgent Care - Orange, Inc. | Case number (if know) | 8:17-bk-13079 |
|---|---|---|---|
| | Name | | |

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $2,233,437.30 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Buchalter, a Prof. Corporation**<br>**Attention: Barry A. Smith**<br>**1000 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA 90017-2457** | Line _2.1_ | |
| **David Stapleton**<br>**515 So. Flower St., 36th Floor,**<br>**Los Angeles, CA 90071** | Line _2.1_ | |
| **Newport Healthcare Center LLC**<br>**Attention: Sandy Smith**<br>**One Hoag Drive**<br>**P.O. Box 6100**<br>**Newport Beach, CA 92658-6100** | Line _2.1_ | |
| **Nicastro & Associates, P.C.**<br>**2 Park Plaza, Suite 650**<br>**Irvine, CA 92614** | Line _2.1_ | |
| **Opus Bank**<br>**Attention: Barry Smith**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | Line _2.1_ | |
| **Pacific Enterprise Bank**<br>**17748 Skypark Circle, #100**<br>**Irvine, CA 92614** | Line _2.1_ | 3600 |
| **St. Joseph Health System**<br>**Attention: Tara Cowell, Esq.**<br>**3345 Michelson Drive, Suite 100**<br>**Irvine, CA 92612** | Line _2.1_ | |
| **Tim Reimers, Esq.**<br>**2049 Century Park East, Suite 2900**<br>**Los Angeles, CA 90067** | Line _2.1_ | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Hoag Urgent Care - Orange, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**8:17-bk-13079**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**N/A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**ADT Security Services**<br>**4161 E. La Palma Ave.**<br>**Anaheim, CA 92807**<br><br>Date(s) debt was incurred __2016-2017__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Business Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | | $1,069.12 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**California Dept. of Public Health**<br>**Radiologic Health Branch MS**<br>**7610 P.O. Box 997414**<br>**Sacramento, CA 95899**<br><br>Date(s) debt was incurred __2016-2017__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Business Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | | $504.00 |

| Debtor | **Hoag Urgent Care - Orange, Inc.** | Case number *(if known)* | **8:17-bk-13079** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**City of Orange**
**Accounts Receivable**
**300 E. Chapman Ave.**
**Orange, CA 92856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**CLIA Laboratory Program**
**P.O. Box 530882**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Clockwise MD**
**Lightshed Healthcare Technologies**
**554 North Avenue NW Suite E**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,094.58 |
|---|---|---|---|

**County of Orange**
**Attn: Treasurer-Tax Collector**
**P.O. Box 1438**
**Santa Ana, CA 92702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174.00 |
|---|---|---|---|

**DHS Security**
**P.O. Box 4335**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,875.00 |
|---|---|---|---|

**Hall & Company**
**111 Pacifica, Ste 300**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,276.00 |
|---|---|---|---|

**Newport Healthcare Center, LLC**
**1 Hoag Drive**
**Newport Beach, CA 92663**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016 - 2017**

**Basis for the claim:  Business Debt**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hoag Urgent Care - Orange, Inc.** | Case number (if known) | **8:17-bk-13079** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Perez Building Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016 - 2017__

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,728.86** |
|---|---|---|---|

**PSS World Medical, Inc.**
**P.O. Box 749499**
**Los Angeles, CA 90074-9499**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2017__

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**Quality Electrical Services**
**2940 Grace Lane, Unit C**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2017__

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Radiation Detection Company, Inc.**
**3527 Snead Drive**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2017__

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$438.50** |
|---|---|---|---|

**Singer Lewak**
**10960 Wilshire Blvd. 7th Floor**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2017__

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.66** |
|---|---|---|---|

**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2017__

**Last 4 digits of account number** _

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Spectrum Enterprise**
**2931 Redondo Avenue**
**Long Beach, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2017__

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hoag Urgent Care - Orange, Inc. | Case number *(if known)* | 8:17-bk-13079 |
| --- | --- | --- | --- |
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.50 |
| --- | --- | --- | --- |

**Spectrum Fire Protection**
1330 E. Orangethorpe Ave.
Fullerton, CA 92831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016-2017

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.00 |
| --- | --- | --- | --- |

**The New Answernet**
4778 Dewey Drive
Fair Oaks, CA 95628-4401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016-2017

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Time Warner Cable**
6021 Katella Avenue #100
Cypress, CA 90630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016 - 2017

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,921.34 |
| --- | --- | --- | --- |

**Xerox Corporation**
P.O. Box 650361
Dallas, TX 75265-0361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016-2017

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 17,824.56 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 17,824.56 |

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care - Orange, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13079**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Hoag Urgent Care - Orange, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:17-bk-13079**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Dr. Robert C. Amster** | **32 Drakes Bay Drive Corona De. Mar** | **Opus Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Hoag Urgent Care - Anaheim Hills** | **5630 E. Santa Ana Canyon Rd. Anaheim, CA 92807** | **Opus Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3  **Hoag Urgent Care – Tustin, Inc.** | **2560 Bryan Ave., Suite A Tustin, CA 92780** | **Opus Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4  **Hoag Urgent Care-Huntington Harbor** | **5355 Warner Ave. #102 Huntington Beach, CA 92649** | **Opus Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Hoag Urgent Care - Orange, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13079**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ☐ Operating a business ■ Other    **Accounts Receivable Collection** | **$64.00** |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other | **$51,202.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other | **$792,351.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Debtor | **Hoag Urgent Care - Orange, Inc.** | | Case number *(if known)* **8:17-bk-13079** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment to SOFA No. 3.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Opus Bank v. Hoag Urgent Care-Tustin, Inc., et. al.**<br>**30-2017-0091145-CU-BC-CJC** | **Civil** | **Orange County Superior Court**<br>**700 W Civic Center Dr. Dept. C16**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Daniel & Yeager, LLC, et. al. v. Your Neighborhood Urgent Care, LLC**<br>**(Dismissed without prejudice)**<br>**47-cv-2016-900597** | **Civil** | **Alabama - Madison County Circuit Court**<br>**100 North Side Square**<br>**Huntsville, AL 35801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Hoag Urgent Care - Orange, Inc.**                    Case number *(if known)*  **8:17-bk-13079**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **Renee Palmer v. Tustin Irvine Medical Group (Dismissed with prejudice) 30-2016-00838071-CU-MM-CJC** | **Civil** | **Orange County Superior Court**<br>**909 N Main St.**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Opus Bank**<br>**Buchulter (Attention: Barry Smith)**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | **Various assets and property of the Debtor.** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | **Opus v. Hoag Urgent Care, Tustin, et. al** | **Orange County Superior Court**<br>**700 W Civic Center Dr.**<br>**Dept. C16**<br>**Santa Ana, CA 92701** |
| | Case number | |
| | **30-2017-00911945-CU-BC-CJC** | |
| | Date of order or assignment | |
| | **May 25, 2017** | |

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Hoag Urgent Care - Orange, Inc.**                                   Case number *(if known)*   **8:17-bk-13079**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **BakerHostetler**<br>**11601 Wilshire Boulevard,**<br>**14th Floor**<br>**Los Angeles, CA 90025** | | **August 1, 2017** | **$10,000.00** |
| Email or website address<br>**amcdow@bakerlaw.com** | | | |
| Who made the payment, if not debtor?<br>**Dr. Robert C. Amster** | | | |
| 11.2. **Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | | **$6,666.67**<br>**7/28/2017**<br>**$1,666.67**<br>**7/24/2017**<br>**$1,666.67**<br>**7/19/2017**<br>**$833.33**<br>**4/27/2017**<br>**$833.33**<br>**4/7/2017** | **$11,666.67** |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**Radiant Physicians Group, Inc.** | | | |
| 11.3. **Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | | **$583.33**<br>**12/30/2016**<br>**$583.33**<br>**12/16/2016**<br>**$1,166.67**<br>**11/10/2016**<br>**$500.00**<br>**9/28/2016**<br>**$500.00**<br>**9/21/2016**<br>**$833.33**<br>**8/30/2016** | **$4,166.67** |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**Your Neighborhood Urgent Care, LLC** | | | |
| 11.4. **Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | | **10/19/2016** | **$500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**Cypress Urgent Care, Inc.** | | | |

Debtor    **Hoag Urgent Care - Orange, Inc.**    Case number *(if known)*    **8:17-bk-13079**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.5. **Winthrop Couchot Golubow Hollander, LLP 660 Newport Center Dr. Newport Beach, CA 92660** | | **$1,666.67 10/3/2016 $1,666.67 11/4/2016** | **$3,333.33** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Your Neighborhood Urgent Care, LLC** | | | |
| 11.6. | | **$833.33 1/30/2017 $833.33 2/17/2017 $833.33 3/1/2017 $833.33 3/13/2017 $833.33 3/24/2017 $833.33 4/7/2017 $833.33 4/27/2017 $8,333.33 5/27/2017** | |
| **Winthrop Couchot Golubow Hollander, LLP 660 Newport Center Dr. Newport Beach, CA 92660** | | | **$14,166.67** |
| Email or website address | | | |
| Who made the payment, if not debtor? **Radiant Physicians Group, Inc.** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

◼ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

◼ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **Hoag Urgent Care - Orange, Inc.** | Case number *(if known)*  **8:17-bk-13079** |
|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **18231 Irvine Blvd., #204 Tustin, CA 92780** | **Previous Mailing Address** |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Personal information and medical records.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Hoag Urgent Care - Orange, Inc.** | Case number *(if known)* **8:17-bk-13079** |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage** **340 S Flower St.** **Orange, CA 92868** | **Jennifer Amster** **822 E. Lomita Ave.** **Orange, CA 92867-6861** | **Various Medical Equipment (Some of the Debtor's Medical Equipment are also being used by other Debtor entities being jointly administered with this Bankruptcy Case)** | ☐ No ■ Yes |
| **Freedom Imaging Inc.** **1401 East Ball Rd** **Ste. E.** **Anaheim, CA 92805** | **Jennifer Amster** **822 E. Lomita Ave.** **Orange, CA 92867-6861** | **X-Ray Machine** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Debtor | **Hoag Urgent Care - Orange, Inc.** | Case number *(if known)* | **8:17-bk-13079** |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Hoag Urgent Care - Orange, Inc.**<br>**7630b. E. Chapman Ave.**<br>**Orange, CA 92869** | **Providing urgent care, medical and wellness services to patients of all ages.** | EIN:    **27-3766253**<br><br>From-To    **August 2010 - Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Joe Gaglio, CPA**<br>**16512 Burke Lane**<br>**Huntington Beach, CA 92647-4538** | **2010 - present** |
| 26a.2.   **Kristin Walsh Consulting**<br>**46 Serenity**<br>**Irvine, CA 92618** | **March 2017 - Present** |
| 26a.3.   **Kevin Hartley**<br>**Adaptive CPA**<br>**1240 E Ontario Ave #102**<br>**Corona, CA 92881** | **August 2016 - Present** |
| 26a.4.   **Hall & Associates**<br>**18101 Von Karman Ave**<br>**Ste 1290**<br>**Irvine, CA 92612** | **June 2016 - September 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Brian Weiss**<br>**Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | **2016-2017** |

Debtor    **Hoag Urgent Care - Orange, Inc.**                    Case number *(if known)*    **8:17-bk-13079**

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **David P. Stapleton**<br>**Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** | **May 25 2017 -**<br>**Petition date**<br>**The State Court**<br>**appointed receiver** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Kevin Hartley**<br>**Adaptive CPA**<br>**1240 E Ontario Ave #102**<br>**Corona, CA 92881** | |
| 26c.2. **Joe Gaglio, CPA**<br>**16512 Burke Lane**<br>**Huntington Beach, CA 92647-4538** | |
| 26c.3. **Hall & Associates**<br>**18101 Von Karman Ave**<br>**Ste 1290**<br>**Irvine, CA 92612** | |
| 26c.4. **Kristin Walsh Consulting**<br>**46 Serenity**<br>**Irvine, CA 92618** | |
| 26c.5. **Brian Weiss**<br>**Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | |
| 26c.6. **David P. Stapleton**<br>**Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Opus Bank**<br>**19900 MacArthur Boulevard**<br>**12th Floor**<br>**Irvine, CA 92612** |
| 26d.2. **Global Capital Markets**<br>**19100 Von Karman Ave**<br>**Suite 950**<br>**Irvine, CA 92612** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor    **Hoag Urgent Care - Orange, Inc.**                    Case number *(if known)*    **8:17-bk-13079**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **David P. Stapleton (the State Court Appointed Receiver)** | **June 2017** | **Unknown** |

| Name and address of the person who has possession of inventory records |
|---|
| **David P. Stapleton**<br>**Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Robert C. Amster | **32 Drakes Bay Drive**<br>**Corona Del Mar, CA 92625** | **President / Director / Sole Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☒ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See Attachment to SOFA No. 30.** | | | |
| Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Hoag Urgent Care - Orange, Inc.** _____    Case number (*if known*)  **8:17-bk-13079**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **American Funds** | **EIN:** |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017** _____

**/s/ Dr. Robert C. Amster** _____        **Dr. Robert C. Amster** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Attachment to SOFA No. 30**

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|--------|---------|-------------------|------|--------------------|
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $          (90.00) | 8/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $         (150.00) | 9/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $      (2,665.00) | 12/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

* In the interest of full disclosure only, the Debtor is identifying the transfers herein.  However, the Debtor reserves all right with respect to whether these transfers were made to insiders within the meaning of
11 U.S.C. Sec. 101(31). In addition, the Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present.
In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the SOFA will be amended as necessary and appropriate.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Hoag Urgent Care - Orange, Inc.**　　　　　　　　　　　　　　Case No.　**8:17-bk-13079**

Debtor(s)　　　　　　　　　　　　　　Chapter　**11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $　16,666.67 |
| Prior to the filing of this statement I have received | $　10,000.00 |
| Balance Due | $　6,666.67 |

2. The source of the compensation paid to me was:

   ☐ Debtor　　■ Other (specify):　　**Dr. Robert C. Amster (the balance due was paid post-petition from Dr. Robert C. Amster)**

3. The source of compensation to be paid to me is:

   ☐ Debtor　　■ Other (specify):　　**Estate funds on a moving forward basis.**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 25, 2017** | **/s/ Ashley M. McDow, Esq.** |
| *Date* | **Ashley M. McDow, Esq. 245114** |
| | *Signature of Attorney* |
| | **BakerHostetler** |
| | **11601 Wilshire Boulevard, 14th Floor** |
| | **Los Angeles, CA 90025** |
| | **310.820.8800  Fax: 310.820.8859** |
| | **amcdow@bakerlaw.com** |
| | *Name of law firm* |

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ashley M. McDow, Esq.**<br>**11601 Wilshire Boulevard, 14th Floor**<br>**Los Angeles, CA 90025**<br>**310.820.8800 Fax: 310.820.8859**<br>California State Bar Number: **245114**<br>amcdow@bakerlaw.com | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

      **Hoag Urgent Care - Orange, Inc.**

CASE NO.: **8:17-bk-13079**

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS - FIRST AMENDED

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __22__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **August 25, 2017**

**/s/ Dr. Robert C. Amster**
Sigant*ure of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **August 25, 2017**

**/s/ Ashley M. McDow, Esq.**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*   **F 1007-1.MAILING.LIST.VERIFICATION**

Hoag Urgent Care - Orange, Inc.
P.O. Box 8979
Newport Beach, CA 92658


Ashley M. McDow, Esq.
BakerHostetler
11601 Wilshire Boulevard, 14th Floor
Los Angeles, CA 90025


A-Abbot Locksmith, Inc.
1920 E. Katella Ave., Suite A
Orange, CA 92867


Absolute Sign Company
4652 Katella Ave.
Los Alamitos, CA 90720


Action 1st Loss Prevention
32861 Dana Poplar
Dana Point, CA 92629


Admiral Pest Control
9434 Artesia Blvd.
Bellflower, CA 90706


ADT Security Services
4161 E. La Palma Ave.
Anaheim, CA 92807


ADT Security Services
4161 E. La Palma Blvd.
Anaheim, CA 92807

Aetna
P.O. Box 14079
Lexington, KY 40512-4079


Airtronix, Inc.
6 Foxglove Way
Irvine, CA 92612


Ali Parsaeian, MD
22 Stillwater
Newport Coast, CA 92657


All Medical Personnel, LLC Attn: Ray Itu
4000 Hollywood Blvd., Suite 600N
Hollywood, FL 33021


Angelus Medical & Optical Co., Inc.
13007 S. Western Avenue
Gardena, CA 90249


Anthem Blue Cross Overpayment Recovery
P.O. Box 92420
Cleveland, OH 44193


Arian Nasiri, MD
464 Sonora Circle
Redlands, CA 92373


Ashley M. McDow, Esq.
BakerHostetler
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025

Banyan International Corporation
2118 E. Interstate 20 P.O. Box 1779
Abiline, TX 79604-1779


Bellvs Aesthetic and Weight Loss Center
14591 Newport Ave., Suite 106
Tustin, CA 92780


Berrett Pest Management
3305 E. Miraloma #173 Ave.
Anaheim, CA 92806


Brian Lou
8321 E. Candle Berry Circle
Orange, CA 92869


BSN Medical Inc.
P.O. Box 751766
Charlotte, NC 28275-1766


Buchalter, a Prof. Corporation
1000 Wilshire Blvd., Ste. 1500
Attn: Barry Smith
Los Angeles, CA 90017-2457


Buchalter, a Prof. Corporation
Attention: Barry A. Smith
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457


Buena Park Chamber of Commerce
6601 Beach Boulevard
Buena Park, CA 90621-2904

California Dept of Public Health
Radiologic Health Branch MS
7610 PO Box 997414
Sacramento, CA 95899


California Dept. of Public Health
Radiologic Health Branch MS
7610 P.O. Box 997414
Sacramento, CA 95899


CAP MPT
333 S. Hope Street, 8th Floor
Los Angeles, CA 90071-1409


Central Drug System
16560 Harbor Blvd., Suite A
Fountain Valley, CA 92708


Choice Health Med & Animal Sciences West
P.O. Box 790448
St. Louis, MO 63179-0448


City of Cypress Cypress
5275 Orange Avenue
Cypress, CA 90630


City of Orange
Accounts Receivable
300 E. Chapman Ave.
Orange, CA 92856


City of Orange Accounts Receivable
300 E. Chapman Ave.,
PO box 11024
Orange, CA 92856

Classic Ride Designs
25721 Paseo Colonial
San Juan Capistrano, CA 92675


Clavel Enterprises c/o Jassmine Clavel
PO Box 1168
Monrovia, CA 91017-1168


CLIA Laboratory Program
P.O. Box 530882
Atlanta, GA 30353


CLIA Laboratory Program
PO Box 1530882
Atlanta, GA 30353


Clockwise MD
Lightshed Healthcare Technologies
554 North Avenue NW Suite E
Atlanta, GA 30318


Clockwise MD Lightshed
Healthcare Technologies
554 North Avenue NW Suite E
Atlanta, GA 30318


Consolidated Medical Bio-Analysis
11215 Knott Avenue
Cypress, CA 90630


Cornman and Swartz
PO Box 7789
Newport Beach, CA 92658

County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702


Countyy of Orange
PO Box 1438
Attn: Treasurer-Tax Collector
Santa Ana, CA 92702


Cryo Specialties
16026 Venango Road
Apple Valley, CA 92307


Culligan of Santa Ana Lockbox Processing
P.O. Box 2903
Wichita, KS 67201-2903


Cypress Chamber of Commerce
5550 Cerritos Ave., Suite D
Cypress, CA 90630


Danielle Lee
P.O. Box 940393
Simi Valley, CA 93094


David Sapleton
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071


David Stapleton
515 So. Flower St., 36th Floor,
Los Angeles, CA 90071

Dhilan Thuraisingham, MD
7521 Edinger Ave, Unit 2017
Huntington Beach, CA 92647


DHS Security
P.O. Box 4335
Costa Mesa, CA 92626


DHS Security
PO Box 4335
Costa Mesa, CA 92626


DirecTV
P.O. Box 60036
Los Angeles, CA 90060


Dr. Pravin Shaw, Inc.
11301 Spectrum
Irvine, CA 92618


Dr. Robert C. Amster
32 Drakes Bay Drive
Corona Del Mar, CA 92625


Dr. Robert C. Amster
32 Drakes Bay Drive
Corona De. Mar


Drug Enforcement Administration Attn: Re
P.O. Box 2639
Springfield, VA 22152-2639

Edgar Baruch
606 Cypress Ave
Santa Ana, CA 92701


Elizabeth Levin
1011 4th Street, Apt. 311
Santa Monica, CA 90403


Exchange Bank
P.O. Box 760
Santa Rosa, CA 95402-0760


Farzin Mohtadi
26712 Sierra Vista
Mission Viejo, CA 92692


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511


Freedom Imaging, Inc.
1401 Ball Road, Suite E
Anaheim, CA 92805


Garden Grove Chamber of Commerce
12866 Main Street, Suite 102
Garden Grove, CA 92840


George Soliman, MD
625 Payette Circle
Corona, CA 92881

Golden State Water Company
P.O. Box 9016
San Dimas, CA 91773-4033


GRaM X-RAY, Inc
7350 Melrose Street
Buena Park, CA 90621


Guardian
P.O. Box 95101
Chicago, IL 60694-5101


Hall & Company
111 Pacifica, Ste 300
Irvine, CA 92618


Hall & Company
111 Pacifica, Ste. 300
Irvine, CA 92618


Hector Hernandez
18532 10th Street
Bloomington, CA 92316


HemoCue, Inc.
P.O. Box 951741
Dallas, TX 75395-1741


Highland Capital Corporation
5 Center Avenue
Little Falls, NJ 07424

HMWC CPAs & Business Advisors
17501 East 17th Street, Ste. 100
Tustin, CA 92780-7924


Hoag Urgent Care - Anaheim
5630 E. Santa Ana Canyon Rd.
Anaheim, CA 92807


Hoag Urgent Care - Anaheim Hills
5630 E. Santa Ana Canyon Rd.
Anaheim, CA 92807


Hoag Urgent Care - Orange, Inc.
PO Box 8979
Newport Beach, CA 92658


Hoag Urgent Care - Orange, Inc.
7630b E. Chapman Ave.
Orange, CA 92869


Hoag Urgent Care – Tustin, Inc.
2560 Bryan Ave., Suite A
Tustin, CA 92780


Hoag Urgent Care-Huntington Harbor
5355 Warner Avenue., #102
Huntington Beach, CA 92649


Hoag Urgent Care-Huntington Harbor
5355 Warner Ave. #102
Huntington Beach, CA 92649

Hye O. Lee, D.O.
8452 E. Altaview Drive
Orange, CA 92867


Idearc Media LLC, Attn: Accounts Receiva
P.O. Box 619009
DFW AIRPORT, TX 75261-9009


Integrity Healthcare Locums, LLC
P.O. Box 823424
Philadelphia, PA 19182-3424


Interim Physicians
P.O. Box 678004
Dallas, TX 75267-8004


J1 MAC - Palmetto GBA Part B Account Rec
P.O. Box 250
Augusta, GA 30903-0250


Jack Vu
39 Calvados
Newport Coast, CA 92657


James Shrader
4 Pomelo
Rancho Santa Margarita, CA 92688


Javaid Noorzad
1352 W 10th St, Apt 5
San Pedro, CA 90732

Jeanett Segal, MD Peribios, Inc.
P.O. Box 344
San Marcos, CA 92079


Jeffrey Sudeith
1 Rapallo
Irvine, CA 92414


Jennifer Doumas
6621 MacArthur Drive
Lemon Grove, CA 91945-1340


John P. Anderson, MD, Inc.
4812 Oceanridge Dr
Huntington Beach, CA 92649


Jonathan Sorci
33 Carriage Hill Lane
Laguna Hills, CA 92653


Joyce Constantine
236B S. Grisly Canyon Dr.
Orange, CA 92869-5842


Just In Time Plumbing
683 Congress Street
Costa Mesa, CA 92627


Kim Consults c/o David Bowman
26701 Brandon
Mission Viejo, CA 92692

Kumar Gandhi
24631 Acropolis Drive
Mission Viejo, CA 92691


LAACC
3231 Katella Avenue
Los Alamitos, CA 90720


Los Angeles Magazine
P.O. Box 421929
Palm Coast, FL 32142-1929


Marcela Rangel
P.O.Box 4608
Downey, CA 90241


Marilyn Egler
25721 Paseo Colonial
San Juan Capistrano, CA 92675


Matthew Gouvin
13072 Tamarisk Dr
Santa Ana, CA 92705-2294


Medical Board of California Department o
P.O. Box 942520
Sacramento, CA 94258-0520


Michael Hatch
7121 Arabian Avenue
Orange, CA 92869

Michael J. Farrell
6 Goodwill Court
Newport Beach, CA 92663


Mission Recruiting, LLC
16755 Von Karman Ave., Suite 200
Irvine, CA 92606


MKH Electronics, Inc.
17421 Parker Drive
Tustin, CA 92780


N/A


Nahid Nazari
210 Lille Lane, Unit 118
Newport Beach, CA 92663


Nasil Kim
P.O. Box 12133
Orange, CA 92859


Newport Business Interiors
4100 Campus Dr Ste 150
Newport Beach, CA 92660


Newport Healthcare Center LLC
1 Hoag Drive
Newport Beach, CA 92663

Newport Healthcare Center LLC
c/o California Commercial
1800 Quail Street, Suite 100
Newport Beach, CA 92658-6100


Newport Healthcare Center LLC
Attention: Sandy Smith
One Hoag Drive
P.O. Box 6100
Newport Beach, CA 92658-6100


Newport Healthcare Center, LLC
1 Hoag Drive
Newport Beach, CA 92663


Newport Healthcare Center, LLC
One Hoag Drive
PO Box 6100
Newport Beach, CA 92658-6100


Next Gen Property Investments LLC
c/o Jamboree Properties
PO Box 50786
Attn: Betsy and Tony Ching
Irvine, CA 92619


Nicastro & Associates, P.C.
2 Park Plaza, Suite 650
Irvine, CA 92614


Nour and Oraha Medical Corporation
17 Collingwood
Aliso Viejo, CA 92656


Olga LeClercq
1830 N. Ridgewood Street
Orange, CA 92865

Opus Bank
19900 MacArthur Boulevard
12th Floor
Irvine, CA 92612


Opus Bank
19900 MacArthur Blvd., 12th Floor
Irvine, CA 92612


Opus Bank
1000 Wilshire Blvd., Ste. 1500
Attn: Barry Smith
Los Angeles, CA 90017-2457


Opus Bank
Attention: Barry Smith
1000 Wilshire Boulevard, Suite 1500
12th Floor
Los Angeles, CA 90017-2457


Orange County County Recorder
2677 N. Main St., Ste. 1050
Santa Ana, CA 92705


Orange County Health Care Agency Environ
1241 East Dyer Road, Suite 120
Santa Ana, CA 92705-5611


Orange County Recorder
2677 N. Main St.
Suite 1050
Santa Ana, CA 92705


Orange County Register Communications
P.O. Box 7154
Pasadena, CA 91109-7154

Orange County Treasurer - Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438


Pacifi Enterprose Bank
17748 Skypark Circle, #100
Irvine, CA 92614


Pacific Enterprise Bank
17748 Skypark Circle, #100
Irvine, CA 92614


Pacific Payroll
25521 Earhart Road
Laguna Hills, CA 92653


PDRx Pharmaceuticals, Inc.
P.O. Box 960149
Oklahoma City, OK 73196-0149


Perez Building Services


Perez Building Services
3166 Bonita Road, Unit 131
Chula Vista, CA 91910


Perry Sheidayi, DO Professional Corporat
39 Bonita Vista
Foothill Ranch, CA 92610

Pitney Bowes Inc.
P.O. Box 856390
Louisville, KY 40285-6390


Preferred Pharmaceuticals
1250 N. Lakeview Ave., Unit O
Anaheim, CA 92807


Provider Healthcare
4252 S. Highland Drive, Ste. 104
Salt Lake City, UT 84124


PSS World Medical, Inc.
P.O. Box 749499
Los Angeles, CA 90074-9499


Quality Electrical Services
2940 Grace Lane, Unit C
Costa Mesa, CA 92626


Rabina Shaheen
19451 Cleveland Bay Lane
Yorba Linda, CA 92886


Radiation Detection Company, Inc.
3527 Snead Drive
Georgetown, TX 78626


Ranya Alexander
13205 Denara Rd
San Diego, CA 92130

Reserve Account
P.O. Box 856056
Louisville, KY 40285-6056


Robila Ashfaq, M.D. Inc.
20 Dinuba
Irvine, CA 92602


RX Security
1200 N. Federal Hwy Suite 200 #50-126
Raton, FL 33432


Saddleback Shredding  B
P.O. Box 34-B
Balboa Island, CA 92662


Scott Gates
28546 Paseo Diana
San Juan Capistrano, CA 92675


Scott Slotkin
26741 Portola Pkwy, Suite 1E-139
Foothill Ranch, CA 92610


Sign Specialists Corporation
111 W. Dyer Road Unit F
Santa Ana, CA 92707


Singer Lewak
10960 Wilshire Blvd. 7th Floor
Los Angeles, CA 90024

Singer Lewak
10960 Wilshire Blvd., 7th Floor
Los Angeles, CA 90024


Southern California Edison
PO Box 300
Rosemead, CA 91772


Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756


Spectrum Enterprise
2931 Redondo Avenue
Long Beach, CA 90806


Spectrum Fire Protection
1330 E. Orangethorpe Ave.
Fullerton, CA 92831


Spectrum Fire Protection
1330 E. Orangethrope Ave.
Fullerton, CA 92831


Spencer Cohen
24606 Summerland Circle
Laguna Niguel, CA 92677


St. Joseph Health System
3345 Michelson Drive, Suite 100
Attn: Tara Cowell, Esq.
Irvine, CA 92612

St. Joseph Health System
Attention: Tara Cowell, Esq.
3345 Michelson Drive, Suite 100
Irvine, CA 92612


Susan B Strodtbeck, MD
118 San Jose Lane
Placentia, CA 92870


Tamara Fleming
3441 E. Berkshire Ct, Unit #A
Orange, CA 92869-7532


The New Answernet
4778 Dewey Drive
Fair Oaks, CA 95628-4401


Thermal Combustion Innovators, Inc.
241 W. Laurel Street
Colton, CA 92324


Thompson Reuters/Barclays
P.O. Box 95767
Chicago, IL 60694-5767


Tim Reimers, Esq.
2049 Century Park East, Suite 2900
Los Angeles, CA 90067


Time Warner Cable
6021 Katella Avenue #100
Cypress, CA 90630

Time Warner Cable
Box 223085
Pittsburgh, PA 15251-2085


Total Body Healthcare, Inc.
1057 E. Imperial Highway, Suite 614
Placentia, CA 92870


Travelers Indemnity Company
P.O. Box 6890
Portland, OR 97228-6890


Trexpo, Inc.
P.O. Box 940393
Simi Valley, CA 93094-0393


VAST Integration
834 Desert Calico Dr
Lancaster, CA 93534


Verizon
P.O. Box 9688
Mission Hills, CA 91346-9688


Warland Investments Company
1299 Ocean Avenue, Suite 300
Santa Monica, CA 90401


William Petras
5034 34th Street
San Diego, CA 92116

Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361


Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361